ZOLKIN TALERICO LLP
Derrick Talerico (State Bar No. 223763)
dtalerico@ztlegal.com
David B. Zolkin (State Bar No. 155410)
dzolkin@ztlegal.com
12121 Wilshire Blvd., Suite 1120
Los Angeles, CA 90025
Telephone: (424) 500-8552

COHNE KINGHORN, P.C.
George Hofmann (Utah Bar No. 10005)
*Admitted pro hac vice*
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300

Attorneys for Larada Sciences, Inc.
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>37 Ventures, LLC,<br><br>　　Debtor and Debtor in Possession. | Lead Case No. 9:21-bk-10261-DS<br><br>Jointly Administered with:<br>9:21-bk-10269-DS - Larada Sciences, Inc.<br><br>Chapter 11 |
| In re:<br><br>LARADA SCIENCES, INC.,<br><br>　　Debtor and Debtor in Possession. | Adv. No.<br><br>**COMPLAINT FOR TURNOVER OF PROPERTY AND OBJECTION TO CLAIM NO. 10-1** |
| LARADA SCIENCES, INC.<br><br>　　Plaintiff<br>v.<br><br>LICE AWAY TODAY, LLC, and MICHELLE CHERRY, an individual,<br><br>　　Defendants. | |

☐ Affects both Debtors

☐ Affects 37 Ventures, LLC only

☒ Affects Larada Sciences, Inc. only

Larada Sciences, Inc., a Delaware corporation ("<u>Larada</u>" or the "<u>Debtor</u>"), one of the debtors and debtors-in-possession in the above captioned, jointly administered bankruptcy cases, by and through its undersigned counsel, files this complaint (the "<u>Complaint</u>") to (i) recover property of the Debtor from Lice Away Today, LLC ("<u>Lice Away</u>") and (ii) object to Proof of Claim 10-1 filed by Lice Away and Michelle Cherry ("<u>Cherry</u>," together with Lice Away, the "<u>Defendants</u>"). In support of this Complaint, Debtor alleges upon information and belief that:

## **NATURE OF PROCEEDING**

1. Debtor seeks judgment against Lice Away for breach of contract for failure to pay receivables owed to the Debtor pursuant to the terms of two License Agreements (the "<u>Breach Claim</u>"): (1) License Agreement – Tampa, FL (Center #118) (the "<u>Tampa Agreement</u>"), and License Agreement – Clearwater/St. Petersburg, FL (Center #119) (the "<u>Clearwater Agreement</u>," together with the Tampa Agreement, the "<u>License Agreements</u>," and each a "<u>License Agreement</u>"). Debtor also objects to Proof of Claim 10-1 (the "<u>Claim Objection</u>"), alleged to be filed by both Lice Away and Cherry, on the grounds that: (1) Debtor has no contract with and owes nothing to Cherry; (2) the amount of the claim set forth in Proof of Calim 10-1 is inaccurate and overstated; and (3) any amount owed to Lice Away is subject to setoff against the Breach Claim. On account of the Breach Claim and the Claim Objection, Debtor seeks

## **JURSIDICTION AND VENUE**

2. The Court has subject matter jurisdiction over this adversary proceeding, which arises under title 11, arises in, and relates to cases under title 11, in the United States Bankruptcy

Court for the Central District of California, Northern Division (the "Court"), captioned *In re Larada Sciences, Inc.*, Case No. 9:21-bk-10269-DS, pursuant to 28 U.S.C. §§ 157 and 1334(b).

3. The statutory and legal predicates for the relief sought herein are sections 105, 502, 541 and 542 of the Bankruptcy Code and Rules 3007 and 7001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

4. This adversary proceeding is a "core" proceeding to be heard and determined by the Court pursuant to 28 U.S.C. § 157(b)(2)(B) and (E) and the Court may enter final orders for matters contained herein.

5. Venue is proper in the Central District of California, Northern Division pursuant to 28 U.S.C. § 1409.

6. Regardless of whether this proceeding is core, non-core, or otherwise, Debtor consents to the entry of a final order and judgment by the Court. Defendants are hereby notified that Bankruptcy Rule 7008 requires defendants to plead whether consent is given to the entry of a final order and judgment by the Court.

## BACKGROUND

7. On March 19, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Bankruptcy Code, in the United States Bankruptcy Court for the Central District of California, Northern Division, commencing bankruptcy case no. 2:21-bk-10269-DS (the "Case"). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is managing its assets and properties as a debtor-in-possession. No trustee or examiner has been appointed, and no official committee of creditors or equity interest holders has yet been established.

8. Prior to the Petition Date, on June 30, 2014 Debtor and Lice Away entered into the License Agreements.

9. The term of the Tampa Agreement commenced on September 18, 2014.

10. The term of the Clearwater Agreement commenced on February 7, 2019.

11. Pursuant to the License Agreements, Lice Away is to pay $35 per use of Debtor's AirAlle equipment as a license fee to Debtor on a monthly basis (the "License Fee").

3

12. Lice Away has not paid any License Fee to Debtor as required by the License Agreements on account of use of Debtor's AirAlle equipment that occurred from October 2019 through the date of this Complaint.

13. As set forth in **Exhibit 1**, attached hereto, based upon prior known use of Debtor's AirAlle equipment by Lice Away through September 2019 with adjustments made for fluctuations in sales experienced by other licensees, Debtor estimates that Lice Away owes License Fees and accrued interest of not less than $71,904 to Debtor as of the Petition Date on account of the Tampa Agreement.

14. As set forth in **Exhibit 1**, attached hereto, based upon prior known use of Debtor's AirAlle equipment by Lice Away through September 2019 with adjustments made for fluctuations in sales experienced by other licensees, Debtor estimates that Lice Away owes License Fees and accrued interest of not less than $12,796 to Debtor as of the Petition Date on account of the Clearwater Agreement.

15. As set forth in **Exhibit 1**, attached hereto, based upon known use of Debtor's AirAlle equipment by Lice Away through September 2019 with adjustments made for fluctuations in sales experienced by other licensees, Debtor estimates that Lice Away owes License Fees and accrued interest of not less than $51,734 to Debtor on account of use of Debtor's AirAlle equipment from the Petition Date through December 2021 on account of the Tampa Agreement.

16. As set forth in **Exhibit 1**, attached hereto, based upon known use of Debtor's AirAlle equipment by Lice Away through September 2019 with adjustments made for fluctuations in sales experienced by other licensees, Debtor estimates that Lice Away owes License Fees and accrued interest of not less than $12,860 to Debtor on account of use of Debtor's AirAlle equipment from the Petition Date through December 2021 on account of the Clearwater Agreement.

17. Pursuant to Addendum 1 to the License Agreements, Debtor is to pay up to $466 per month to Lice Away (per License Agreement) as a monthly subsidy so long as Debtor sells its products in "big box" stores in Lice Away's respective territories (the "Big Box Subsidy").

18. Debtor sold its products in "big box" stores in Lice Away's respective territories from the date each License Agreement commenced through September 2020.

19. As set forth in **Exhibit 1**, attached hereto, Debtor owes Lice Away $20,411 on account of the Big Box as of the Petition Date on account of the Tampa Agreement.

20. As set forth in **Exhibit 1**, attached hereto, Debtor owes Lice Away $9,320 on account of the Big Box as of the Petition Date on account of the Clearwater Agreement.

## CLAIMS FOR RELIEF

## COUNT I

### (Breach of Contract Tampa Agreement; Lice Away)

21. Debtor repeats and realleges each and every allegation contained in paragraphs 1 through 20 above as if fully set forth herein.

22. From October 2019 through the date of this Complaint, Lice Away has failed to report its use of Debtor's AirAlle equipment to Debtor and has failed to make any License Fee payment to Debtor on account of its use of Debtor's AirAlle equipment. The Tampa Agreement entitles Debtor to accrue and charge interest on amounts owed at 18% per annum.

23. Debtor estimates that Lice Away owes not less than $71,904 to Debtor in License Fees on account of use of Debtor's AirAlle equipment from October 2019 through the Petition Date on account of the Tampa Agreement.

24. Debtor owes Lice Away $20,411 on account of the Big Box as of the Petition Date on account of the Tampa Agreement.

25. After set-off of the amounts owed between Debtor and Lice Away as of the Petition Date, Debtor estimates Lice Away owes $51,493 to Debtor as of the Petition Date on account of the Tampa Agreement.

26. Debtor estimates that Lice Away owes not less than $51,734 to Debtor on account of use of Debtor's AirAlle equipment from the Petition Date through December 2021 on account of the Tampa Agreement.

27. On account of the net amount owed to Debtor as of the Petition Date and the amount owed to Debtor from the Petition Date through December 31, 2021, Debtor has suffered damages of $103,227 on account of the Tampa Agreement breach of contract.

### COUNT II

**(Breach of Contract Clearwater Agreement; Lice Away)**

28. Debtor repeats and realleges each and every allegation contained in paragraphs 1 through 27 above as if fully set forth herein.

29. From October 2019 through the date of this Complaint, Lice Away has failed to report its use of Debtor's AirAlle equipment to Debtor and has failed to make any License Fee payment to Debtor on account of its use of Debtor's AirAlle equipment. The Clearwater Agreement entitles Debtor to accrue and charge interest on amounts owed at 18% per annum.

30. Debtor estimates that Lice Away owes not less than $12,796 to Debtor in License Fees on account of use of Debtor's AirAlle equipment from October 2019 through the Petition Date on account of the Clearwater Agreement.

31. Debtor owes Lice Away $9,320 on account of the Big Box as of the Petition Date on account of the Clearwater Agreement.

32. After set-off of the amounts owed between Debtor and Lice Away as of the Petition Date, Debtor estimates Lice Away owes $3,476 to Debtor as of the Petition Date on account of the Clearwater Agreement.

33. Debtor estimates that Lice Away owes not less than $12,860 to Debtor on account of use of Debtor's AirAlle equipment from the Petition Date through December 2021.

34. On account of the net amount owed to Debtor as of the Petition Date and the amount owed to Debtor from the Petition Date through December 31, 2021, Debtor has suffered damages of $16,336 on account of the Clearwater Agreement breach of contract.

### COUNT III

**(Objection to Proof of Claim 10-1 – 11 U.S.C. 502; Lice Away)**

35. Debtor repeats and realleges each and every allegation contained in paragraphs 1 through 34 above as if fully set forth herein.

36. On July 1, 2021, Lice Away filed Proof of Claim 10-1, alleging Debtor owes Lice Away $26,178.15 on account of the Tampa Agreement and $22,601.60 on account of the Clearwater Agreement. Proof of Claim 10-1 is attached hereto as **Exhibit 2**.

37. Debtor disuptes the claim amounts alleged by Proof of Claim 10-1 as to both the Tampa Agreement and the Clearwater Agreement.

38. Debtor owes no more than $29,731 to Lice Away on account of the pre-Petition Date Big Box Subsidy.

39. Lice Away owes no less than $149,295 to Debtor on account of pre-Petition Date License Fees.

40. Debtor disputes that any amounts are owed to Lice Away on account of "Back Bar Materials" as set forth in Proof of Claim 10-1 on the Tampa Agreement.

41. Debtor disputes that any amounts are owed to Lice Away on account of "Pay Per Click Campaign" as set forth in Proof of Claim 10-1 on the Clearwater Agreement.

42. Debtor disputes that any amounts are owed to Lice Away on account of "Public Relations Support" as set forth in Proof of Claim 10-1 on the Clearwater Agreement.

43. After setoff of the pre-Petition Date amounts owed by Debtor to Lice Away to the pre-Petition Date Big Box Subsidy owed to Lice Away, Lice Away does not have any pre-Petition Date claim against Debtor.

## COUNT IV

**(Objection to Proof of Claim 10-1 – 11 U.S.C. 502; Michelle Cherry)**

44. Debtor repeats and realleges each and every allegation contained in paragraphs 1 through 43 above as if fully set forth herein.

45. Proof of Claim 10-1 states that it is filed on behalf of creditors Lice Away and Michelle Cherry.

46. Cherry is not a party to the License Agreements and the Debtor owes no debt to Cherry.

47. To the extent Proof of Claim 10-1 asserts a claim for a debt owed to Cherry, it should be disallowed.

# COUNT V

## (Turnover of Property of the Estate – 11 U.S.C. 542; Lice Away)

48. Debtor repeats and realleges each and every allegation contained in paragraphs 1 through 47 above as if fully set forth herein.

49. Section 542(b) of the Bankruptcy Code provides that:

> (b) …[A]n entity that owes a debt that is property of the estate and that is matured, payable on demand, or payable on order, **shall pay such debt to, or on the order of, the trustee, except to the extent that such debt may be offset under section 553 of this title against a claim against the debtor**.

*See* 11 U.S.C. § 542(b). (emphasis added)

50. Lice Away owes a debt to Debtor that is matured and payable on demand in the amount of $149,295 which is subject to offset in the amount of $29,731, resulting in a net amount due to Debtor of $119,564 on account of pre-Petition Date and post-Petition Date debts.

## PRAYER FOR RELIEF

WHEREFORE, Debtor requests that this Court grant it the following relief against Defendants:

**On Count I:**

a) Judgment in the amount of $103,227;

**On Count II:**

b) Judgment in the amount of $16,337;

**On Count III:**

c) Disallowing Proof of Claim 10-1 as to Lice Away;

**On Count IV:**

d) Disallowing Proof of Claim 10-1 as to Cherry;

**On Count V:**

e) Entry of an order directing Lice Away to pay $119,564 to Debtor.

**On All Counts:**

f) awarding pre-judgment interest at the maximum legal rate running from the date of the filing of this Complaint to the date of judgment with respect to this Complaint;

g) awarding post-judgment interest at the maximum legal rate running from the date of the Judgment until the date the Judgment is paid in full, plus costs;

h) granting Debtor such other and further relief as the Court deems just and proper.

DATED: January 30, 2022                ZOLKIN TALERICO LLP

                                            By: */s/ Derrick Talerico*
                                                  Derrick Talerico
                                                  David B. Zolkin

and

COHNE KINGHORN, P.C.
George Hofmann
(Utah Bar No. 10005)
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
(admitted p*ro hac vice)*

Attorneys for Larada Sciences, Inc.

# EXHIBIT 1

**TAMPA AND CLEARWATER COMBINED**

| Month | Tampa Treatments | Clearwater Treatments | Amt Owed LSI @ $35 Each | Accrued Balance | Interest on Accrued Balance | PPC Spend - Tampa & Clearwater Combined | 1/3 of PPC - Tampa or $466 | 1/3 of PPC - Clearwater or $466 | Amt Owed to Lice Away by LSI | Net Amt Owed LS | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-17 | 172 | | | | | 757 | | | | | |
| Feb-17 | 114 | | | | | 1,314 | 438 | | | 438 | a |
| Mar-17 | 171 | | | | | 1,297 | 432 | | | 432 | |
| Apr-17 | 135 | | | | | 1,302 | 434 | | | 434 | |
| May-17 | 104 | | | | | 1,417 | 466 | | | 466 | |
| Jun-17 | 145 | | | | | 2,380 | 466 | | | 466 | |
| Jul-17 | 135 | | | | | 2,418 | 466 | | | 466 | |
| Aug-17 | 188 | | | | | 2,432 | 466 | | | 466 | |
| Sep-17 | 175 | | | | | 2,435 | 466 | | | 466 | |
| Oct-17 | 150 | | | | | 2,405 | 466 | | | 466 | |
| Nov-17 | 142 | | | | | 1,770 | 466 | | | 466 | |
| Dec-17 | 153 | | | | | 1,999 | 466 | | | 466 | |
| Jan-18 | 192 | | | | | 2,431 | 466 | | | 466 | |
| Feb-18 | 137 | | | | | 2,432 | 466 | | | 466 | b |
| Mar-18 | 145 | | | | | 2,587 | 466 | | | 466 | |
| Apr-18 | 136 | | | | | 2,882 | 466 | | | 466 | |
| May-18 | 143 | | | | | 2,884 | 466 | | | 466 | |
| Jun-18 | 154 | | | | | 2,867 | 466 | | | 466 | |
| Jul-18 | 144 | | | | | 2,853 | 466 | | | 466 | |
| Aug-18 | 156 | | | | | 2,874 | 466 | | | 466 | |
| Sep-18 | 144 | | | | | 2,814 | 466 | | | 466 | |
| Oct-18 | 90 | | | | | 2,387 | 466 | | | 466 | |
| Nov-18 | 135 | | | | | 2,648 | 466 | | | 466 | |
| Dec-18 | 183 | | | | | 2,880 | 466 | | | 466 | |
| Jan-19 | 174 | | | | | 2,888 | 466 | | | 466 | |
| Feb-19 | 131 | 7 | | | | 2,888 | 466 | 466 | | 932 | c |
| Mar-19 | 153 | 19 | | | | 2,893 | 466 | 466 | | 932 | |
| Apr-19 | 150 | 13 | | | | 2,888 | 466 | 466 | | 932 | |
| May-19 | 127 | 3 | | | | 2,888 | 466 | 466 | | 932 | |
| Jun-19 | 104 | 6 | | | | 2,893 | 466 | 466 | | 932 | |
| Jul-19 | 137 | 20 | | | | 2,888 | 466 | 466 | | 932 | |
| Aug-19 | 116 | 25 | | | | 2,888 | 466 | 466 | | 932 | |
| Sep-19 | 138 | 21 | | | | 2,975 | 466 | 466 | | 932 | |
| Oct-19 | 140 | 25 | 5,775 | 5,775 | 86.63 | 2,888 | 466 | 466 | | 932 | d |
| Nov-19 | 140 | 25 | 5,775 | 11,637 | 174.55 | 2,888 | 466 | 466 | | 4,843 | e |
| Dec-19 | 140 | 30 | 5,950 | 17,761 | 266.42 | 2,866 | 466 | 466 | | 4,843 | |
| Jan-20 | 150 | 30 | 6,300 | 24,328 | 364.91 | 2,875 | 466 | 466 | | 5,018 | |
| Feb-20 | 150 | 30 | 6,300 | 30,993 | 464.89 | 2,874 | 466 | 466 | | 5,368 | |
| Mar-20 | 100 | 15 | 4,025 | 35,482 | 532.24 | 2,859 | 466 | 466 | | 5,368 | |
| Apr-20 | 100 | 10 | 2,975 | 38,990 | 584.84 | 2,736 | 466 | 466 | | 3,093 | |
| May-20 | 75 | 10 | 2,975 | 42,549 | 638.24 | 3,010 | 466 | 466 | | 2,043 | |
| Jun-20 | 75 | 10 | 2,975 | 46,163 | 692.44 | 3,039 | 466 | 466 | | 2,043 | |
| Jul-20 | 75 | 10 | 2,975 | 49,830 | 747.45 | 3,039 | 466 | 466 | | 2,043 | |
| Aug-20 | 90 | 15 | 3,675 | 54,253 | 813.79 | 3,561 | 466 | 466 | | 2,743 | |
| Sep-20 | 90 | 15 | 3,675 | 58,741 | 881.12 | 4,248 | 466 | 466 | | 2,743 | f |
| Oct-20 | 90 | 15 | 3,675 | 63,298 | 949.46 | 4,215 | 466 | 466 | | 3,675 | |
| Nov-20 | 90 | 15 | 3,675 | 67,922 | 1,018.83 | 3,696 | 466 | 466 | | 3,675 | |
| Dec-20 | 90 | 15 | 3,675 | 72,616 | 1,089.24 | 3,132 | 466 | 466 | | 3,675 | |
| Jan-21 | 100 | 20 | 4,200 | 77,905 | 1,168.58 | 3,664 | 466 | 466 | | 4,200 | |
| Feb-21 | 100 | 25 | 4,375 | 83,449 | 1,251.73 | 3,613 | 466 | 466 | | 4,375 | |
| Mar-21 | 100 | 25 | 4,375 | 89,075 | 1,336.13 | 3,996 | 466 | 466 | | 4,375 | g |
| Apr-21 | 100 | 25 | 4,375 | 94,786 | 1,421.80 | | | | | 4,375 | |
| May-21 | 100 | 25 | 4,375 | 100,583 | 1,508.75 | | | | | 4,375 | |
| Jun-21 | 100 | 30 | 4,550 | 106,642 | 1,599.63 | | | | | 4,550 | |
| Jul-21 | 100 | 30 | 4,550 | 112,792 | 1,691.87 | | | | | 4,550 | |
| Aug-21 | 100 | 30 | 4,550 | 119,034 | 1,785.50 | | | | | 4,550 | |
| Sep-21 | 110 | 30 | 4,900 | 125,719 | 1,885.79 | | | | | 4,900 | |
| Oct-21 | 110 | 30 | 4,900 | 132,505 | 1,987.57 | | | | | 4,900 | |
| Nov-21 | 120 | 30 | 5,250 | 139,742 | 2,096.14 | | | | | 5,250 | |
| Dec-21 | 120 | 30 | 5,250 | 147,089 | 2,206.33 | | | | | 5,250 | |
| | | | | 149,295 | | | | | | | |
| TOTAL | 7603 | 714 | 120,050 | | 29,245 | 139,754 | 20,411 | 9,320 | | 90,319 | |
| Balances Owed Pre-Petition | | | 72,975 | 84,700 | 11,725 | | 20,411 | 9,320 | | 29,731 | |
| Balances Owed Post-Petition | | | 47,075 | 64,595 | 17,520 | | - | - | | - | |
| Net Amount Owed LSI (including interest) | | | | | | | | | | 119,564 | |

Notes
a This was the first month LSI started selling in big box in their territories
b This was the first month LSI managed their PPC campaign
c This is the first month that Clearwater opened (and when the term of the contract effectively started)
d This is the last month LSI received reported treatments (all treatments as of this date have been paid)
e This is the first month LSI is owed for treatments that were not reported. All treatments in red are estimates.
f This is the last month LSI sold in big box in their territory
g This is the last month we managed their PPC campaigns

**TAMPA ONLY**

| Month | Tampa Treatments - Actual | Tampa Treatments - Assumed | Amt Owed LSI @ $35 Each | Accrued Balance - Tampa | Interest on Accrued Balance - Tampa | Amt Owed Lice Away for 1/3 of PPC (or $466) - Tampa | Notes |
|---|---|---|---|---|---|---|---|
| Jan-17 | 172 | | - | | | | |
| Feb-17 | 114 | | - | | | 438 | a |
| Mar-17 | 171 | | - | | | 432 | |
| Apr-17 | 135 | | - | | | 434 | |
| May-17 | 104 | | - | | | 466 | |
| Jun-17 | 145 | | - | | | 466 | |
| Jul-17 | 135 | | - | | | 466 | |
| Aug-17 | 188 | | - | | | 466 | |
| Sep-17 | 175 | | - | | | 466 | |
| Oct-17 | 150 | | - | | | 466 | |
| Nov-17 | 142 | | - | | | 466 | |
| Dec-17 | 153 | | - | | | 466 | |
| Jan-18 | 192 | | - | | | 466 | |
| Feb-18 | 137 | | - | | | 466 | |
| Mar-18 | 145 | | - | | | 466 | |
| Apr-18 | 136 | | - | | | 466 | |
| May-18 | 143 | | - | | | 466 | |
| Jun-18 | 154 | | - | | | 466 | |
| Jul-18 | 144 | | - | | | 466 | |
| Aug-18 | 156 | | - | | | 466 | |
| Sep-18 | 144 | | - | | | 466 | |
| Oct-18 | 90 | | - | | | 466 | |
| Nov-18 | 135 | | - | | | 466 | |
| Dec-18 | 183 | | - | | | 466 | |
| Jan-19 | 174 | | - | | | 466 | |
| Feb-19 | 131 | | - | | | 466 | |
| Mar-19 | 153 | | - | | | 466 | |
| Apr-19 | 150 | | - | | | 466 | |
| May-19 | 127 | | - | | | 466 | |
| Jun-19 | 104 | | - | | | 466 | |
| Jul-19 | 137 | | - | | | 466 | |
| Aug-19 | 116 | | - | | | 466 | |
| Sep-19 | 138 | | - | | | 466 | b |
| Oct-19 | | 140 | 4,900 | 4,900 | 73.50 | 466 | c |
| Nov-19 | | 140 | 4,900 | 9,874 | 148.10 | 466 | |
| Dec-19 | | 140 | 4,900 | 14,922 | 223.82 | 466 | |
| Jan-20 | | 150 | 5,250 | 20,395 | 305.93 | 466 | |
| Feb-20 | | 150 | 5,250 | 25,951 | 389.27 | 466 | |
| Mar-20 | | 100 | 3,500 | 29,841 | 447.61 | 466 | |
| Apr-20 | | 75 | 2,625 | 32,913 | 493.70 | 466 | |
| May-20 | | 75 | 2,625 | 36,032 | 540.48 | 466 | |
| Jun-20 | | 75 | 2,625 | 39,197 | 587.96 | 466 | |
| Jul-20 | | 75 | 2,625 | 42,410 | 636.16 | 466 | |
| Aug-20 | | 90 | 3,150 | 46,197 | 692.95 | 466 | |
| Sep-20 | | 90 | 3,150 | 50,039 | 750.59 | 466 | d |
| Oct-20 | | 90 | 3,150 | 53,940 | 809.10 | | |
| Nov-20 | | 90 | 3,150 | 57,899 | 868.49 | | |
| Dec-20 | | 90 | 3,150 | 61,918 | 928.76 | | |
| Jan-21 | | 100 | 3,500 | 66,346 | 995.20 | | |
| Feb-21 | | 100 | 3,500 | 70,842 | 1,062.62 | | |
| Mar-21 | | 100 | 3,500 | 75,404 | 1,131.06 | | |
| Apr-21 | | 100 | 3,500 | 80,035 | 1,200.53 | | |
| May-21 | | 100 | 3,500 | 84,736 | 1,271.04 | | |
| Jun-21 | | 100 | 3,500 | 89,507 | 1,342.60 | | |
| Jul-21 | | 100 | 3,500 | 94,349 | 1,415.24 | | |
| Aug-21 | | 100 | 3,500 | 99,265 | 1,488.97 | | |
| Sep-21 | | 110 | 3,850 | 104,604 | 1,569.06 | | |
| Oct-21 | | 110 | 3,850 | 110,023 | 1,650.34 | | |
| Nov-21 | | 120 | 4,200 | 115,873 | 1,738.10 | | |
| Dec-21 | | 120 | 4,200 | 121,811 | 1,827.17 | | |
| | | | | 123,638 | | | |
| **TOTAL** | | | 99,050 | | 24,588 | 20,411 | |
| | | | | | | | |
| Balances Owed Pre-Petition | | | 61,950 | 71,904 | 9,954 | 20,411 | |
| Balances Owed Post-Petition | | | 37,100 | 51,734 | 14,634 | - | |
| | | | | | | | |
| Net Amount Owed LSI (including interest) | | | 103,228 | | | | |

Notes

    a  This was the first month we started selling in big box in their territory
    b  This is the last month LSI received reported treatments (all treatments as of this date have been paid)
    c  This is the first month LSI is owed for treatments that were not reported. All treatments in red are estimates.
    d  This is the last month LSI sold in big box in their territory

**EXHIBIT 1**

**CLEARWATER ONLY**

| Month | Clearwater Treatments - Actual | Clearwater Treatments - Assumed | Amt Owed LSI @ $35 Each | Accrued Balance - Clearwater | Interest on Accrued Balance - Clearwater | Amt Owed Lice Away for 1/3 of PPC (or $466) - Clearwater | Notes |
|---|---|---|---|---|---|---|---|
| Jan-17 | 0 | | | - | | | |
| Feb-17 | 0 | | | - | | | a |
| Mar-17 | 0 | | | - | | | |
| Apr-17 | 0 | | | - | | | |
| May-17 | 0 | | | - | | | |
| Jun-17 | 0 | | | - | | | |
| Jul-17 | 0 | | | - | | | |
| Aug-17 | 0 | | | - | | | |
| Sep-17 | 0 | | | - | | | |
| Oct-17 | 0 | | | - | | | |
| Nov-17 | 0 | | | - | | | |
| Dec-17 | 0 | | | - | | | |
| Jan-18 | 0 | | | - | | | |
| Feb-18 | 0 | | | - | | | |
| Mar-18 | 0 | | | - | | | |
| Apr-18 | 0 | | | - | | | |
| May-18 | 0 | | | - | | | |
| Jun-18 | 0 | | | - | | | |
| Jul-18 | 0 | | | - | | | |
| Aug-18 | 0 | | | - | | | |
| Sep-18 | 0 | | | - | | | |
| Oct-18 | 0 | | | - | | | |
| Nov-18 | 0 | | | - | | | |
| Dec-18 | 0 | | | - | | | |
| Jan-19 | 0 | | | - | | | |
| Feb-19 | 7 | | | - | | 466 | b |
| Mar-19 | 19 | | | - | | 466 | |
| Apr-19 | 13 | | | - | | 466 | |
| May-19 | 3 | | | - | | 466 | |
| Jun-19 | 6 | | | - | | 466 | |
| Jul-19 | 20 | | | - | | 466 | |
| Aug-19 | 25 | | | - | | 466 | |
| Sep-19 | 21 | | | - | | 466 | c |
| Oct-19 | | 25 | 875 | 875 | 13.13 | 466 | d |
| Nov-19 | | 25 | 875 | 1,763 | 26.45 | 466 | |
| Dec-19 | | 30 | 1,050 | 2,840 | 42.59 | 466 | |
| Jan-20 | | 30 | 1,050 | 3,932 | 58.98 | 466 | |
| Feb-20 | | 30 | 1,050 | 5,041 | 75.62 | 466 | |
| Mar-20 | | 15 | 525 | 5,642 | 84.63 | 466 | |
| Apr-20 | | 10 | 350 | 6,076 | 91.15 | 466 | |
| May-20 | | 10 | 350 | 6,518 | 97.76 | 466 | |
| Jun-20 | | 10 | 350 | 6,965 | 104.48 | 466 | |
| Jul-20 | | 10 | 350 | 7,420 | 111.30 | 466 | |
| Aug-20 | | 15 | 525 | 8,056 | 120.84 | 466 | |
| Sep-20 | | 15 | 525 | 8,702 | 130.53 | 466 | e |
| Oct-20 | | 15 | 525 | 9,357 | 140.36 | | |
| Nov-20 | | 15 | 525 | 10,023 | 150.34 | | |
| Dec-20 | | 15 | 525 | 10,698 | 160.47 | | |
| Jan-21 | | 20 | 700 | 11,559 | 173.38 | | |
| Feb-21 | | 25 | 875 | 12,607 | 189.11 | | |
| Mar-21 | | 25 | 875 | 13,671 | 205.07 | | |
| Apr-21 | | 25 | 875 | 14,751 | 221.27 | | |
| May-21 | | 25 | 875 | 15,847 | 237.71 | | |
| Jun-21 | | 30 | 1,050 | 17,135 | 257.03 | | |
| Jul-21 | | 30 | 1,050 | 18,442 | 276.63 | | |
| Aug-21 | | 30 | 1,050 | 19,769 | 296.53 | | |
| Sep-21 | | 30 | 1,050 | 21,115 | 316.73 | | |
| Oct-21 | | 30 | 1,050 | 22,482 | 337.23 | | |
| Nov-21 | | 30 | 1,050 | 23,869 | 358.04 | | |
| Dec-21 | | 30 | 1,050 | 25,277 | 379.16 | | |
| | | | | 25,657 | | | |
| TOTAL | | | 21,000 | | 4,657 | 9,320 | |
| | | | | | | | |
| Balances Owed Pre-Petition | | | 11,025 | 12,796 | 1,771 | 9,320 | |
| Balances Owed Post-Petition | | | 9,975 | 12,860 | 2,885 | - | |
| | | | | | | | |
| Net Amount Owed LSI (including interest) | | | 16,337 | | | | |

Notes

    a This was the first month we started selling in big box in their territory
    b This is the first month that Clearwater opened (and when the term of the contract effectively started)
    c This is the last month LSI received reported treatments (all treatments as of this date have been paid)
    d This is the first month LSI is owed for treatments that were not reported. All treatments in red are estimates
    e This is the last month LSI sold in big box in their territory

EXHIBIT 1

# EXHIBIT 2

**Fill in this information to identify the case:**

Debtor 1  Larada Sciences, Inc.
Debtor 2
(Spouse, if filing)
United States Bankruptcy Court  Central District of California
Case number:  **21–10269**

FILED
**U.S. Bankruptcy Court
Central District of California**
7/1/2021
**Kathleen J. Campbell, Clerk**

Official Form 410
# Proof of Claim

04/19

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

| | | |
|---|---|---|
| **1. Who is the current creditor?** | Lice Away Today, LLC and Michelle Cherry<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor | |
| **2. Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? | |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>Lice Away Today, LLC and Michelle Cherry<br>Name<br>Sivyer Barlow & Watson, P.A.<br>401 E.Jackson Street, Suite 225<br>Tampa, FL 33602<br><br>Contact phone _____(813) 221–4242_____<br>Contact email _____pwatson@sbwlegal.com_____<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____ | **Where should payments to the creditor be sent?** (if different)<br>Michelle Cherry<br>Name<br>Lice Away Today, LLC<br>4308 W. El Prado Blvd.<br><br>Tampa, FL 33629<br><br>Contact phone _____(813) 410–4860_____<br>Contact email<br>____michelle@liceawaytoday.com____ |
| **4. Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____<br>MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ | |

Official Form 410                                      Proof of Claim                                      page 1

**15**                                                                                                  **EXHIBIT 2**

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
|---|---|

| 7. **How much is the claim?** | $ 48779.75 | **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|

| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Amounts owed under license agreements |
|---|---|

| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
|---|---|

| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
|---|---|

| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |
|---|---|

Official Form 410            Proof of Claim            page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  7/1/2021
MM / DD / YYYY

/s/ Michelle Cherry
Signature

Print the name of the person who is completing and signing this claim:

Name: Michelle Cherry
    First name   Middle name   Last name

Title: Managing Partner

Company: Lice Away Today, LLC
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 4308 W. El Prado Blvd.
Number   Street
Tampa, FL 33629
City   State   ZIP Code

Contact phone: (813) 410–4860   Email: michelle@liceawaytoday.com

# ATTACHMENT TO PROOF OF CLAIM – LICE AWAY TODAY, LLC

**Agreements**

- Larada Sciences License Agreement dated June 30, 2014 – Center 118
- Larada Sciences License Agreement dated June 30, 2014 – Center 119

**Center 118 – Tampa, Florida**

| | |
|---|---:|
| Pay-Per-Click Contribution - Big Box Retailers ($466 x 48.6 months)[1] | $22,647.60 |
| Failure to Provide Back Bar Materials[2] | $3,530.55 |
| **Subtotal for Center 118** | **$26,178.15** |

**Center 119 – Clearwater, Florida**

| | |
|---|---:|
| Pay-Per-Click Campaign ($511.50 x 12 months)[3] | $6,138.00 |
| Public Relations Support (First Year)[4] | $5,000.00 |
| Pay-Per-Click Contribution – Big Box Retailers ($466 x 24.6 months) | $11,463.60 |
| **Subtotal for Center 119** | **$22,601.60** |
| **TOTAL** | **$48,779.75** |

**THE AMOUNTS REFLECTED ABOVE CONSTITUTE MATERIAL DEFAULTS UNDER THE LICENSE AGREEMENTS. THE DEBTOR IS ALSO IN DEFAULT AS A RESULT OF ITS FALURE TO PROVIDE AND REPAIR PROPRIETARY AIRALLE DEVICES AS REQUIRED BY THE LICENSE AGREEMENT. ALL RIGHTS, CLAIMS, DEFENSES, AND REMEDIES ARE RESERVED.**

**LICE AWAY TODAY, LLC IS ESCROWING USE FEES PENDING RESOLUTION OF THESE OUTSTANDING ISSUES.**

---

[1] Addendum 1 to each of the License Agreements requires the Debtor to pay 1/3 of Licensee's Pay-Per-Click monthly budget (capped at $466 per month) in the event the Debtor sells to big box retailers in the territory. The Debtor has not paid this contractual obligation. With respect to Center 118, this has occurred for 48.6 months as of March 19, 2021. With respect to Center 119, this has occurred for 24.6 months as of March 19, 2021.

[2] The Debtor has failed to provide Licensee with back bar materials as required by the License Agreements for both locations since at least November 2019.

[3] Addendum 1 to the License Agreement for Center 119 requires the Debtor to pay 1/3 of the cost of Licensee's Pay-Per-Click co-op campaign during the first year. Based on Google PPC expenses only, the Debtor should have paid $495 to $528 per month, an average of $511.50 per month. The Debtor has not paid this contractual obligation.

[4] Addendum 1 to the License Agreement for Center 119 requires the Debtor to provide public relations on the local level during the first year. The Debtor has not paid this contractual obligation.